UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                                    )
                                          )
                                          )    CHAPTER 13
JAMES A. PAPPAS                           )    CASE NO. 09-15140-FJB
    DEBTOR                                )
                                          )

**DEBTOR'S MOTION TO CONVERT FROM CHAPTER 13 TO CHAPTER 7**

James A. Pappas (the "Debtor") respectfully requests that this Court enter an Order converting this case from a Chapter 13 proceeding to a Chapter 7 proceeding. In support, the Debtor represents:

1. The Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code (the "Bankruptcy Code") on June 1, 2009.

2. The Debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code, and desired to convert this case to a Chapter 7 proceeding.

3. This case was not converted from a case under any chapter of the Bankruptcy Code.

WHEREFORE, James A. Pappas respectfully requests that this Court enter an Order:

a. Converting this case from a proceeding under Chapter 13 of the Bankruptcy Code to a proceeding under Chapter 7; and

b. For such other relief as this Court deems just and proper.

                                          James A. Pappas,
                                          By his attorney,

DATED: June 30, 2009              /s/ Kathleen Kane
                                          Kathleen Kane, BBO # 660175
                                          Spillane Law Offices
                                          1212 Hancock Street, Suite 200
                                          Quincy, MA 02169
                                          (617) 328-9100

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| JAMES A. PAPPAS ) | CASE NO. 09-15140-FJB |
| DEBTOR ) | |

### CERTIFICATE OF SERVICE

I hereby certify that the a true and correct copy of the Debtor's Notice of Conversion was this day sent by first class mail, postage prepaid, or by electronic filing to the following and those on the attached list:

James A. Pappas
1121 Ocean Street
Marshfield, MA 02050

Carolyn Bankowski
Chapter 13 Trustee
PO Box 8250
Boston, MA 02114

U.S. Trustee's Office
O'Neill Federal Building
10 Causeway Street
Boston, MA 02222

Signed under the pains and penalties of perjury this 30th day of June 2009.

/s/ Kathleen Kane
Kathleen Kane, BBO # 660175
Spillane Law Offices
1212 Hancock Street, Suite 200
Quincy, MA 02169
(617) 328-9100